**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Carolyn Sonja Pehrson** CASE NO **16-11077**

CHAPTER **13**

*AMENDED*
**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 9/30/2016  Signature /s/ Carolyn Sonja Pehrson
*Carolyn Sonja Pehrson*

Date  Signature

800 Loanmart
15821 Ventura Blvd Ste 1
Encino, CA 91436

American Honda Finance Corporation
PO Box 168088
Irving, TX 75016-8088

Capital One
15000 Capital One Dr
Richmond, VA 23238

Chase
Po Box 15298
Wilmington, DE 19850

Cook Moving System
1845 Dale Rd
Buffalo, NY 14225

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106

Fed Loan Serv
Pob 60610
Harrisburg, PA 17106

Fred E. Walker, P.C.
609 Castle Ridge Rd., Ste. 220
Austin, Texas 78746

```
Hsbc Bank
Po Box 9
Buffalo, NY 14240


Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


IRS Insolvency Office
300 E. 8th St., Mail Stop 5026AUS
Austin, TX 78701


Loanme Inc
1900 S State College Blv
Anaheim, CA 92806


Mccollistor's Transportation Group
7091 Central Ave
Newark, CA 94560


Navient
Po Box 9500
Wilkes Barre, PA 18773


NY State Dept of Tax and Finance
OPTS - Individual Tax Returns Processing
WA Harriman Campus
Albany, NY 12227


Recovery Management Systems Corporation
Ramesh Singh
25 SE 2nd Avenue, Ste. 1120
Miami, Florida 33131-1605


Sallie Mae
300 Continental Dr
Newark, DE 19713
```

Sears
Po Box 6282
Sioux Falls, SD 57117

Security Credit System
622 Main St Ste 301
Buffalo, NY 14202

Target
Po Box 673
Minneapolis, MN 55440

United States Attorney
Civil Process Clerk
601 N. W. Loop 410, Suite 600
San Antonio, Texas 78216

United States Attorney General
Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

Wells Fargo
Po Box 5156
Sioux Falls, SD 57117