**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 04, 2016.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-11077 |
| | § | |
| CAROLYN SONJA PEHRSON | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

**ORDER GRANTING MOTION FOR EXPEDITED HEARINGON ON DEBTOR'S MOTION FOR EXTENSION OF STAY AS TO ALL CREDITORS**

On this date came on for consideration the Motion filed by Carolyn Sonja Pehrson, requesting an expedited hearing on the Debtor's Motion for Extension of Stay as to all Creditors filed on September 30, 2016. The Court finds that the Motion should be granted as set forth below.

IT IS THEREFORE ORDERED that the Debtor's Motion for Extension of Stay as to all Creditors is scheduled for expedited hearing on October 6, 2016 at 9:00 AM.

###

Prepared by:
Fred E. Walker, P.C.
Wells Fargo Building, Suite 220
609 Castle Ridge Road
Austin, TX  78746-5126