**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 11, 2016.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-11077 |
| | § | |
| CAROLYN SONJA PEHRSON | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

### AGREED ORDER WAIVING PAY ORDER

CAME on this day and was heard the Debtor's Motion to Waive Employer Pay Order. The Court finds that notice was proper and that the Motion should be sustained.

IT IS THEREFORE ORDERED (1) Should the Debtor become more than 30 days delinquent a pay order will be immediately filed. (2) If the Trustee requests the pay order and the Debtor does not file it within seven days, the Trustee is authorized to submit an Order of Dismissal to the court, without further notice to the Debtor.

IT IS THEREFORE ORDERED that the Motion to Waive Employer Pay Order is hereby granted.

IT IS THEREFORE ORDERED that the Debtor is ordered to make the payments required by the plan directly to the Chapter 13 Trustee.

IT IS SO ORDERED.

###

APPROVED AS TO FORM

Fred Walker P.C.
/s/ Kimberly Nash
Kimberly Nash
TBN 24043840
Fred E. Walker, P.C.
Wells Fargo Building, Suite 220
609 Castle Ridge Road
Austin, TX 78746
knash@fredwalkerlaw.com

/s/ Deborah B. Langehennig  *with permission
Deborah B. Langehennig, Ch 13 Trustee
Deborah B. Langehennig
Chapter 13 Trustee
3801 Capital of TX Hwy. So. Ste. 320
Austin, TX 78704