

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 27, 2016.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-11077 |
| | § | Chapter 13 |
| CAROLYN SONJA PEHRSON | § | |
| | § | |
| DEBTOR | § | |
| | § | |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On October 7, 2016, a Motion for Relief from the Stay Against a 2012 Honda CR-V, Vehicle Identification Number JHLRM4H72CC014931, was filed by American Honda Finance Corporation ("Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14) day negative notice language, pursuant to LBR 4001-1(b), which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion may be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion for Relief from the Stay Against a 2012 Honda CR-V, Vehicle Identification Number JHLRM4H72CC014931, filed by American Honda Finance Corporation on October 7, 2016 is hereby **GRANTED** so as to authorize the termination of the automatic stay immediately as to the 2012 Honda CR-V, Vehicle Identification Number JHLRM4H72CC014931.

**IT IS FURTHER ORDERED** that, in the event Debtor's bankruptcy is dismissed and reinstated, or in the event Debtor's bankruptcy converts to a different bankruptcy Chapter, this Order shall be considered a part of any such bankruptcy.

**IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the fourteen (14) day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

### END OF ORDER ###

/s/ Beverly Cahill
The Sundmaker Firm, LLC
State Bar No.: 24031785
3131 McKinney, Ste. 600
Dallas, TX 75204
Telephone: (972) 869-9026
Fax: (504) 568-0519
E-mail: beverly@sundmakerfirm.com
**ATTORNEYS FOR AMERICAN HONDA FINANCE CORPORATION**