# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 16-11077 |
| § | | |
| CAROLYN SONJA PEHRSON § | | |
| § | | |
| DEBTOR § | | CHAPTER 13 |

## DEBTOR'S VOLUNTARY MOTION TO DISMISS CHAPTER 13 CASE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE OF SAID COURT:

COMES NOW, **CAROLYN SONJA PEHRSON** , Debtor in the above-captioned and numbered bankruptcy proceeding and files this Voluntary Motion to Dismiss Chapter 13 Case and in support would show the Court as follows:

Just before Mrs. Pehrson filed this case she and her spouse separated and he moving to California. Mrs. Pehrson remained in Austin to move forward and pay her creditors.

Debtor feels her children have suffered as a result of the separation and she has decided to reconcile with her spouse and move to California to unite the family. She will be unemployed and cannot make the payments at this time. She will explore other options in California and no longer desires the relief afforded under Chapter 13 of the Bankruptcy Code.

WHEREFORE Debtor prays that this case be dismissed and that she receive such other and further relief as is just.

Dated: <u>January 13, 2017</u>                             Respectfully submitted,

                                                          FRED E. WALKER, P.C.

                                                          _/s/ Kimberly L. Nash_
                                                          Kimberly L. Nash / 24043840
                                                          Wells Fargo Building, Suite 220

609 Castle Ridge Road
Austin, TX 78746-5126
512-330-9977 Office
512-330-1686 Facsimile
fredwalkerlaw@yahoo.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that a true and correct copy of the foregoing document was served pursuant to Local Rule 9013(g) via first class U.S. mail (unless otherwise indicated below) to the following parties of interest:

Dated: January 13, 2017                                                       /s/ Kimberly L. Nash
                                                                                                      Kimberly L. Nash

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 16-11077** |
| | § | |
| **CAROLYN SONJA PEHRSON** | § | |
| | § | |
| **DEBTOR** | § | **CHAPTER 13** |

### ORDER SUSTAINING DEBTORS' VOLUNTARY MOTION TO DISMISS CHAPTER 13 CASE

On this day came on to be considered the Debtors' Voluntary Motion to Dismiss Chapter 13 Case, and it appearing to the Court that due notice has been given to the parties in interest; and that there is no opposition to the dismissal of the case, it is:

ORDERED, ADJUDGED and DECREED that the above-referenced case be and hereby is in all things DISMISSED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Trustee be discharged and relieved of her sureties, and that the remaining balances of all debts due and owing creditors as of the date of this dismissal are not discharged or affected in any manner by this order.

###

Prepared by:
Fred E. Walker, P.C.
609 Castle Ridge Road, Ste. 220
Austin, TX 78746
(512)-330-9977
(512)-330-1686 Facsimile

Label Matrix for local noticing          United States Trustee (SMG113)          U.S. BANKRUPTCY COURT
0542-1                                    United States Trustee                   903 SAN JACINTO, SUITE 322
Case 16-11077-hcm                         903 San Jacinto Blvd, Suite 230         AUSTIN, TX 78701-2450
Western District of Texas                 Austin, TX 78701-2450
Austin
Fri Jan 13 16:25:10 CST 2017

800 Loanmart                              (p)AMERICAN HONDA FINANCE               (p)CAPITAL ONE
15821 Ventura Blvd Ste 1                  P O BOX 168088                          PO BOX 30285
Encino, CA 91436-2915                     IRVING TX 75016-8088                    SALT LAKE CITY UT 84130-0285

Chase                                     Christy Christopher                     Cook Moving System
Po Box 15298                              PO Box 9984                             1845 Dale Rd
Wilmington, DE 19850-5298                 Austin, TX 78766-0984                   Buffalo, NY 14225-4986

David Pehrson                             Discover Bank                           Discover Fin Svcs Llc
420 N. Mill St #25                        Discover Products Inc                   Po Box 15316
Tehachapi, CA 93561-1322                  PO Box 3025                             Wilmington, DE 19850-5316
                                          New Albany, OH  43054-3025

ECMC                                      Fed Loan Serv                           Fred E. Walker, P.C.
PO BOX 16408                              Po Box 60610                            609 Castle Ridge Rd., Ste. 220
ST PAUL, MN 55116-0408                    Harrisburg, PA 17106-0610               Austin, Texas 78746-5126

Hsbc Bank                                 IRS Insolvency Office                   Internal Revenue Service
Po Box 9                                  300 E. 8th St., Mail Stop 5026AUS       Special Procedures - Insolvency
Buffalo, NY 14240-0009                    Austin, TX 78701-3233                   P.O. Box 7346
                                                                                  Philadelphia, PA 19101-7346

LVNV Funding LLC                          Loanme Inc                              MIDLAND FUNDING LLC
c/o Resurgent Capital Services            1900 S State College Blv                PO Box 2011
PO Box 10587                              Anaheim, CA 92806-0101                  Warren, MI 48090-2011
Greenville, SC   29603-0587

Mccollistor's Transportation Group        NY State Dept of Tax and Finance        Navient
7091 Central Ave                          OPTS - Individual Tax Returns Processing Po Box 9500
Newark, CA 94560-4201                     WA Harriman Campus                      Wilkes Barre, PA 18773-9500
                                          Albany, NY 12227-0001

New York State Department of Taxation &   Recovery Management Systems Corporation Recovery Management Systems Corporation
Bankruptcy Section                        25 S.E. 2nd Avenue, Suite 1120          Ramesh Singh
P O Box 5300                              Miami, FL 33131-1605                    25 SE 2nd Avenue, Ste. 1120
Albany, NY 12205-0300                                                             Miami, Florida 33131-1605

Sallie Mae                                Sallie Mae                              Sears
300 Continental Dr                        PO Box 3319                             Po Box 6282
Newark, DE 19713-4322                     Wilmington, DE 19804-4319               Sioux Falls, SD 57117-6282

| | | |
|---|---|---|
| Security Credit System<br>622 Main St Ste 301<br>Buffalo, NY 14202-1929 | Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 | United States Attorney<br>Civil Process Clerk<br>601 N. W. Loop 410, Suite 600<br>San Antonio, Texas 78216-5512 |
| United States Attorney General<br>Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C 20530-0009 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Wells Fargo<br>Po Box 5156<br>Sioux Falls, SD 57117-5156 |
| Wells Fargo Bank  N A<br>Wells Fargo Education Financial Services<br>301 E 58th Street N<br>Sioux Falls  SD 57104-0422 | Wells Fargo Bank  N A<br>Wells Fargo Education Financial Services<br>PO Box 10438 ,MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wheels Financial Group, LLC dba 1-800LoanMar<br>15821 Ventura Blvd., Suite 280<br>Encino, CA 91436-5218 |
| Carolyn Sonja Pehrson<br>6500 Champion Grand View Way #8212<br>Austin, TX 78750-8296 | Deborah B. Langehennig<br>Chapter 13 Trustee<br>6201 Guadalupe St.<br>Austin, TX 78752-4011 | Frederick E. Walker<br>609 Castle Ridge Road, Suite 220<br>Austin, TX 78746-5126 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>600 Kelly Way<br>Holyoke, MA 01040 | (d)American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>866-716-6444 | Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Fed Loan Serv
Pob 60610
Harrisburg, PA 17106-0610

End of Label Matrix
Mailable recipients    41
Bypassed recipients     1
Total                  42