IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: §
CAROLYN SONJA PEHRSON § CASE NO. 16-11077-HCM
 §
DEBTOR § CHAPTER 13

## TRUSTEE'S RESPONSE TO DEBTOR'S VOLUNTARY MOTION TO DISMISS CHAPTER 13 CASE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now Deborah B. Langehennig, Chapter 13 Trustee (hereinafter "Trustee") in the above-captioned and numbered bankruptcy proceeding, and files this *Response to Debtor's Voluntary Motion to Dismiss Chapter 13 Case*, and in support thereof would respectfully show the Court as follows:

**I.**

On September 16, 2016, the Debtor filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code. On October 31, 2016, the Trustee filed an *Objection to Confirmation of Proposed Chapter 13 Plan and Request for Interim Disbursement*. On November 2, 2016, the Trustee filed a *Motion to Dismiss Chapter 13 Case*. On December 14, 2016, the Trustee filed an *Amended Objection to Confirmation of Proposed Chapter 13 Plan and Request for Interim Disbursement*. On January 13, 2017, the Debtor filed a *Voluntary Motion to Dismiss Chapter 13 Case*.

**II.**

The Debtor filed a previous case, bankruptcy case number 16-10527-TMD, which was dismissed prior to confirmation. The Debtor's two bankruptcy cases have been unduly difficult to administer. The Debtor has not produced documents requested by the Trustee which are necessary for administration of the case. Additionally, the Debtor has failed to keep plan payments current. The Trustee requests that this case be dismissed with conditions.

## PRAYER

WHEREFORE, Deborah B. Langehennig, Chapter 13 Trustee, prays that the case be dismissed with conditions, and that the Court grant the Chapter 13 Trustee such other, additional and further relief to which she may be justly entitled.

1

2

Respectfully submitted,

/S/ Deborah B. Langehennig
Deborah B. Langehennig / 01493880
Chapter 13 Trustee
6201 Guadalupe Street
Austin, Texas 78752
(512) 912-0305 Telephone
www.ch13austin.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                                                 CASE NO.    16-11077-HCM

**CAROLYN SONJA PEHRSON**

**DEBTOR**                                         **CHAPTER 13**

## CERTIFICATE OF SERVICE

I, Deborah B. Langehennig, certify that a true and correct copy of the Chapter 13 Trustee's Response to Debtor's Voluntary Motion to Dismiss Case has been mailed by US Mail (unless otherwise noted below) to the Debtor, the Debtor's Attorney of Record and the parties requesting service at the addresses listed below on or about January 17, 2017.

F E WALKER AND ASSOCIATES
609 CASTLE RIDGE ROAD STE 220
AUSTIN, TX  78746
(SERVED ELECTRONICALLY)

CAROLYN SONJA PEHRSON
6500 CHAMPION GRAND VIEW WAY 8212
AUSTIN, TX  78750

U.S. TRUSTEE
903 SAN JACINTO, SUITE 230
AUSTIN, TX 78701
(SERVED ELECTRONICALLY)

Respectfully submitted,

/s/  Deborah B. Langehennig

Deborah B. Langehennig
6201 Guadalupe Street
Austin, TX  78752