**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 19, 2017.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| CAROLYN SONJA PEHRSON | § | CASE NO. 16-11077-HCM |
| | § | |
| DEBTOR | § | CHAPTER 13 |

### ORDER GRANTING TRUSTEE'S MOTION TO DISMISS CASE

Came on to be heard on January 17, 2017 by the Court in the above-captioned and numbered bankruptcy proceeding the Chapter 13 Trustee's *Motion to Dismiss Case*. Counsel for the Trustee appeared for the hearing. Neither the Debtor nor her attorney entered an appearance. The Court finds that the case should be dismissed with Conditions and hereby ORDERS as follows:

**IT IS ORDERED** that this Chapter 13 case be, and the same hereby is, DISMISSED with Conditions.

**IT IS FURTHER ORDERED** that upon the refiling of bankruptcy relief in the Western District of Texas, the Debtor shall:

1) File a pay order on the same day the Petition is filed;
2) Within 7 days of filing schedules, provide the Trustee with canceled checks and/or receipts for childcare expenses incurred in the previous six months;
3) Schedule all debts, including for claims filed in her previous cases;
4) Within 7 days of filing the bankruptcy case, provide the Trustee with supporting documentation showing payments made on her student loan obligations; and

5) Remain current on her plan payments.

**IT IS FURTHER ORDERED** that the above conditions shall not apply if the Debtor files bankruptcy in another State and/or District.

###

Prepared by:
Deborah Langehennig
Chapter 13 Trustee
6201 Guadalupe Street
Austin, Texas 78752
(512) 912-0305